[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 15, 2008
THOMAS K. KAHN
CLERK

No. 08-10196
Non-Argument Calendar
_____

D.C. Docket No. 07-22306-CV-KMM

RAYAD JIMMY MOHAMMED,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(May 15, 2008)**

Before ANDERSON, PRYOR and COX, Circuit Judges.

PER CURIAM:

Rayad Jimmy Mohammed appeals the dismissal with prejudice of his civil

action for failure of the complaint to state a claim. Having considered the briefs and

relevant parts of the record, we conclude that the district court properly granted the motion to dismiss filed by the United States for the reasons stated in the court's well-reasoned opinion. (R.1-34.)

**AFFIRMED.**